IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KATINA STIGALL, on behalf of J.K.S., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:13-cv-01290 |
| v. ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Knowles |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Defendant Commissioner of Social Security's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), with Remand to Defendant ("Motion") (Doc. No. 21), filed with a Memorandum in Support (Doc. No. 22). Defendant states that remand is "warranted for administrative proceedings that will include a new hearing and the issuance of a new decision." (Doc. No. 22 at 1.) Defendant indicates that Plaintiff Katina Stigall's counsel has been contacted and has no objection to Defendant's Motion. (Doc. No. 21.)

The Court hereby **GRANTS** Defendant's Motion (Doc. No. 21) and **REMANDS** this case to the Commissioner. Plaintiff's pending Motion for Judgment on the Administrative Record (Doc. No. 17) is **TERMINATED AS MOOT**, and by this Order the case is **DISMISSED**. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the _30_ day of May, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT